Xin Zhao CBA 221100
Pacific Crossing Law offices
4950 Hamilton Ave., Ste. 209
San Jose, CA 95130
Tele: 408-898-2535
Fax: 408-866-7283
Attorney for Plaintiff

FILED
2007 DEC 28 P 3:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaiwen Cai

Plaintiff(s),

v.

Chertoff et al

Defendant(s).

No. C 07-04886HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12/21/2007

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

Case 5:07-cv-04886-HRL    Document 6    Filed 12/28/2007    Page 1 of 1