**\*E-FILED 1/4/2008\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIWEN CAI, | No. C07-04886 HRL |
| Plaintiff, | **CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| PAUL D. CLEMENT, Acting Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services, CHRISTINA POULOS, Director, USCIS California Services, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT the initial case management conference set for January 8, 2008, 1:30 p.m. has been **continued to February 12, 2008, 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California 95113. The parties' joint case management statement shall be filed no later than **February 5, 2008**. Additionally, all parties who have not yet done so shall file either a consent or declination to proceed before a United States Magistrate Judge no later than **February 5, 2008**.

Dated:  January 4, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1. **5:07-cv-4886 Courtesy copy of this document mailed to:**

2. Xia Zhao
Pacific Crossing Law Office
3. 4950 Hamilton Avenue
Suite 209
4. San Jose, CA 95130

5. **Counsel is reminded of the obligation to register for e-filing pursuant to General Order No. 45.**

6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

2