Xia Zhao, SBN221100, CA
4950 Hamilton Ave., Ste. 209
San Jose, CA 95130
Tele: 408-898-2535
Fax: 408-866-7283

Counsel for Plaintiff Kaiwen Cai

FILED

2008 JAN 24  P 2: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S.J.

IN THE UNNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF CALIOFORNIA

| | |
|---|---|
| Kaiwen Cai, and A096372636 ) | Case No.: C07-04886 HRL |
| Plaintiff, ) | |
| vs. ) | |
| PAUL D. CLEMENT, Acting Attorney ) | |
| General Of the United States; ) | **BY FAX** |
| MICHEAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| EMILION GONZALEZ, Director, ) | |
| U.S.Citizenship and Immigration Services; ) | |
| CHRISTINA POULOS, Director, USCIS ) | |
| California Services ) | |
| Defendants ) | |

## Request for Entry of Default

To the Honorable Judge of Said Court:

Plaintiff, Kaiwen Cai, through undersigned counsel, Xia Zhao, being duly sworn, deposes and says:

1. I am the duly authorized agent of the Plaintiff, and its attorney of record, and have personal knowledge of the facts set forth in the request.
2. The Plaintiff on September 21, 2007, filed in this cause a complaint against the Defendants.

3. Records in this case show that the Defendants were served with a copy of summons, together with a copy of Plaintiff's complaint, on October 15, 2007 by certified mail.

4. More than 30 days have elapsed since the date on which the Defendants were served with summons and a copy of the compliant.

5. The Defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or other defense that they might have had on attorney of record for Petitioner.

6. This is executed by me for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiff's compliant.

Subscribe and sworn to before me this January 23, 2008.

Xia Zhao, SBN221100
On Behalf of Plaintiff