**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 31, 2008

RE:  CV 07-04886 HRL     KAIWEN CAI-v- PAUL D. CLEMENT, ET AL.

Default is entered as to defendants Paul D. Clement, Michael Chertoff, Emilion Gonzalez, and Christina Poulos on January 31, 2008 .

                                              RICHARD W. WIEKING, Clerk

                                              by Betty Walton
                                              Case Systems Administrator

NDC TR-4  Rev. 3/89