UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   February 12, 2008                                          Time in Court: 4 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:**  Kaiwen Cai v. Michael Chertoff, et. al.
**CASE NUMBER**: C07-04886HRL
Plaintiff Attorney present: Xia Zhao
Defendant Attorney present: No appearance

**PROCEEDINGS: Case Management Conference**

Court finds that the defendants were not properly served.  Plaintiff to serve the local U.S. Attorney's office.