# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaiwen Cai, A 096372636
Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 04886

V.

P. Clement, Attorney General of the US; M. Chertoff, Secretary, DHS; E. Gonzalez, Director, USCIS; C. Poulos, USCIS California Services

TO: (Name and address of defendant)

Paul D. Clement, AG
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Michael Chertoff, Secretary, DHS
Office of General Counsel
U.S. DHS
Washington, DC 20528

Emilio Gonzalez, Director
Christina Poulos, Director, CA Center
USCIS Services
Office of the Chief Counsel
20 Massachusetts Ave., N.W. Rm 4025
Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Xia Zhao, Esq.
Pacific Crossing Law Offices
4950 Hamilton Ave., Ste 209
San Jose, CA 95130

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE OCT 11 2007

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/13/2008 |
| Name of SERVER: Jackie Huang | TITLE: Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): In addition to Summons and Complaint, I also serve ADR package to the U.S. Attorney's Office at 150 Almanden Blvd, San Jose, CA 95113, by Certified Priority mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 13, 2008

Signature of Server: Jackie Hy

Address of Server: 4950 Hamilton Ave., Ste 209, San Jose, CA 95130.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure