JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIWEN CAI, | No. C 07-4886 HRL |
|     Plaintiff, | |
| v. | |
| MICHAEL B. MUKASEY,* Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; CHRISTINA POULOS, Director, USCIS California Service Center, | **NOTICE OF DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT; OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date:    April 1, 2008<br>Time:    10:00 a.m. |
|     Defendants. | |

PLEASE TAKE NOTICE THAT on April 1, 2008, at 10:00 a.m., before the Honorable Howard R. Lloyd, Courtroom No. 2, 280 South First Street, San Jose, California 95113, Defendants Michael B. Mukasey, et al., by their attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Melanie L. Proctor, Assistant United States Attorney, will move

---

[1] Defendants enter their appearance for the sole purpose of this motion, and reserve the right to assert all appropriate defenses in their responsive pleading. Defendants do not waive proper service.

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

MOTION TO VACATE DEFAULT
07-4886 HRL

1 | this Court for an order vacating the Clerk of the Court's entry of its default in this proceeding,
2 | pursuant to Fed. R. Civ. P. 55(c).

    The motion will be based on this notice, the motion, the memorandum of points and authorities, and the declaration of Melanie L. Proctor filed in support of this motion.

Dated: February 22, 2008                                                 Respectfully submitted,

                                                                         JOSEPH P. RUSSONIELLO
                                                                        United States Attorney

                                                                            /S/
                                                                    MELANIE L. PROCTOR
                                                                    Assistant United States Attorney
                                                                    Attorneys for Defendants

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.