JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIWEN CAI, ) | No. C 07-4886 HRL |
|                 Plaintiff, ) | |
|     v. ) | **DECLARATION OF MELANIE PROCTOR** |
| MICHAEL B. MUKASEY,* Attorney ) General; MICHAEL CHERTOFF, ) Secretary, Department of Homeland ) Security; EMILIO GONZALEZ, Director, ) United States Citizenship and Immigration ) Services; CHRISTINA POULOS, Director, ) USCIS California Service Center, ) | Date:    April 1, 2008<br>Time:    10:00 a.m. |
|                 Defendants. ) | |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following.

    3.    On February 14, 2008, the United States Attorney's office received a copy of the summons (dated October 11, 2007), complaint (dated September 21, 2007), and scheduling order

PROCTOR DECLARATION
07-4886 HRL

1  (dated September 21, 2007). The Priority Mail envelope containing the documents is undated.
2      Signed this 22nd day of February, 2008, in San Francisco, California, under penalty of
3  perjury.
4                                           /s/
                               MELANIE L. PROCTOR

PROCTOR DECLARATION
07-4886 HRL         2