| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971) |
|   | Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAIWEN CAI, | ) | No. C 07-4886 HRL |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | DEFENDANTS' CONSENT TO |
| MICHAEL B. MUKASEY,* Attorney | ) | MAGISTRATE JURISDICTION |
| General; et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

///

---

[1] Defendants reserve the right to assert all appropriate defenses in their responsive pleading. Defendants do not waive proper service.

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT
07-4886 HRL

1 | Appeal from the judgment shall be taken directly to the United States Court of Appeals for
2 | the Ninth Circuit.

3 | Dated: February 22, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

CONSENT
07-4886 HRL                    2