***ORDER E-FILED 3/14/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIWEN CAI,<br><br>　　　　Plaintiff,<br>　v.<br><br>MICHAEL B. MUKASEY, Attorney General, MICHAEL CHERTOFF, Secretary, Department of Homeland Security, EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, CHRISTINA POULOS, Director, USCIS California Service Center,<br><br>　　　　Defendants.<br>_____ / | No. C07-04886 HRL<br><br>**ORDER (1) GRANTING DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND (2) DENYING AS MOOT PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>[Re: Docket Nos. 10 and 13] |

　　　Presently before this court is defendants' "Motion to Set Aside Entry of Default." The court is informed that defendants' motion was not served on plaintiff. Indeed, the docket does not indicate that the motion was sent to plaintiff's counsel, who apparently has not yet registered for e-filing.[1] However, plaintiff's counsel has advised that, notwithstanding this procedural error, plaintiff does not oppose defendants' request to have default set aside. Accordingly, IT IS ORDERED THAT:

　　　1.　　Defendants' motion to set aside default is granted as unopposed. The April 1, 2008 motion hearing is vacated.

---

[1] Plaintiff's counsel is reminded of her obligation to register for e-filing under the court's CM/ECF program. *See* General Order No. 45.

2. Because the entry of default has been set aside, plaintiff's motion for entry of default judgment is denied as moot.

3. A case management conference is set for **June 10, 2008, 1:30 p.m.** in Courtroom 2. The parties' Joint Case Management Statement is due by **June 3, 2008**.

Dated:   March 14, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  **5:07-cv-4886 Notice has been electronically mailed to:**

2  Melanie Lea Proctor Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

3  **Counsel is responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

4

5  **5:07-cv-4886 Notice has been delivered by other means to:**

6  Xia Zhao
7  Pacific Crossing Law Office
   4950 Hamilton Avenue, Suite 209
8  San Jose, CA 95130

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California