1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11
   KAIWEN CAI,                          )   No. C 07-4886 HRL
12                                      )
                   Plaintiff,           )
13                                      )
           v.                           )
14                                      )   STIPULATION TO DISMISS; PROPOSED
   MICHAEL B. MUKASEY,* Attorney        )   ORDER
15 General; et al.,                     )
                                        )
16                 Defendants.          )
                                        )
17 ─────────────────────────────────────

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

20 entitled action without prejudice in light of the fact that the United States Citizenship and

21 Immigration Services has approved Plaintiff's application for adjustment of status.

22 ///

23 ///

24 ///

25 ///

26 ///

27
   *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
28 Alberto Gonzales, as the United States Attorney General.

   STIPULATION
   07-4886 HRL

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 28, 2008                    Respectfully submitted,

3                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

6                                           /s/
                                            MELANIE L. PROCTOR[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants

9  Dated: March 27, 2008                    /s/
                                            XIA ZHAO, Esq.
                                            Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby terminated. The Clerk shall close the file.

Dated:

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.