JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)      **\*ORDER E-FILED 4/1/2008\***
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAIWEN CAI, | ) | No. C 07-4886 HRL |
|            Plaintiff, | ) ) | |
| v. | ) | |
| MICHAEL B. MUKASEY,\* Attorney General; et al., | ) ) ) | STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |
|            Defendants. | ) ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

///

///

///

\*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATION
07-4886 HRL

Each of the parties shall bear their own costs and fees.

Dated: March 28, 2008                               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: March 27, 2008                               _____/s/_____
XIA ZHAO, Esq.
Attorney for Plaintiff


**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby terminated. The Clerk shall close the file.

Dated:   April 1, 2008

_____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
07-4886 HRL                                2